# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00210-MR-DLH

| | |
|---|---|
| DAVID A. GREFE and LISA M. GREFE, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| SYNOVUS FINANCIAL CORP. d/b/a ) NATIONAL BANK OF SOUTH ) CAROLINA; SYNOVUS FINANCIAL ) CORP.; and SYNOVUS BANK, ) ) | |
| Defendants. ) _____ ) | |

**THIS MATTER** is before the Court on the parties' notice to the Court that this matter has been settled [Doc. 25]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: October 1, 2013

Martin Reidinger
United States District Judge